

# Fourth Court of Appeals
## San Antonio, Texas

January 29, 2020

No. 04-20-00017-CV

**IN RE** Mickey **KOSER** and Trinity Couriers, Inc.

Original Mandamus Proceeding[1]

**ORDER**

Sitting:  Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Beth Watkins, Justice

On January 10, 2020, relators filed a petition for writ of mandamus complaining of an order signed by the trial court on December 30, 2019. Relators also filed a motion requesting a stay of the January 21, 2020 trial setting. On January 14, 2020, this court issued an order denying the petition for writ of mandamus and denying as moot the motion for stay.[2] On January 16, 2020, the trial court signed an order amending its December 30, 2019 order. On January 21, 2020, relators filed a motion to dismiss this original proceeding stating this proceeding is now moot based on the January 16, 2020 amended order.

Because the trial court signed its amended order two days after this court denied the petition for writ of mandamus and because relators filed their motion to dismiss almost one week after this court denied the petition, we **DENY AS MOOT** relator's motion to dismiss.

It is so **ORDERED** on January 29, 2020.

**PER CURIAM**

ATTESTED TO:  MICHAEL A. CRUZ,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018CI05066, styled *Stephanie Devora v. Mickey Koser and Trinity Couriers, Inc.*, pending in the 131st Judicial District Court, Bexar County, Texas, the Honorable Mary Lou Alvarez presiding.

[2] Our January 14, 2020 order stated this court's opinion would issue at a later date.